# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYAN WEBB-EL,** | : | **CIVIL NO. 1:17-CV-321** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **L.J. ODDO, WARDEN,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 31st day of January, 2018, upon consideration of petitioner's motion (Doc. 7) for a preliminary injunction, in which he seeks injunctive relief with respect to claims against officials at the Allenwood United States Penitentiary in White Deer, Pennsylvania, and the court finding that petitioner's subsequent transfer to the United States Penitentiary in Florence, Colorado, render such claims moot, see Fortes v. Harding, 19 F.Supp.2d 323, 326 (M.D. Pa. 1998) ("Fortes' transfer to another institution moots any claim for injunctive and declaratory relief."), it is hereby ORDERED that the motion (Doc. 7) is DENIED as moot.

                                                          /S/ CHRISTOPHER C. CONNER  
                                                        Christopher C. Conner, Chief Judge  
                                                        United States District Court  
                                                        Middle District of Pennsylvania