# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYAN WEBB-EL,** | : | **CIVIL NO. 1:17-CV-321** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **L.J. ODDO, WARDEN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 31st day of January, 2018, upon consideration of petitioner's motion (Doc. 19) for addendum of evidence, wherein he seeks to submit additional factual arguments in support of his habeas petition, it is hereby ORDERED that the motion (Doc. 19) is GRANTED in part and DENIED in part as follows:

1. The motion (Doc. 19) is GRANTED insofar as petitioner seeks to supplement the arguments in his habeas petition. The factual arguments within the motion are accepted as filed.

2. The motion (Doc. 19) is DENIED insofar as petitioner seeks immediate release from custody.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania