# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYAN WEBB-EL,** | : | **CIVIL NO. 1:17-CV-321** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **L.J. ODDO, WARDEN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 31st day of January, 2018, upon consideration of petitioner's motion (Doc. 16) for the court to "Order the Respondent to provide the Petitioner Access to the Legal Law Library, a Typewriter, Ribbon, Correction Tape, Xerox Copies, Law Computer" at the Allenwood United States Penitentiary in White Deer, Pennsylvania, wherein petitioner claims that he is being denied access to the court, and because petitioner is seeking relief based on the deprivation of certain rights and privileges, the appropriate remedy is a civil rights action, and the court thus finding that the present claims are not appropriate claims in this federal habeas corpus action, see Leamer v. Fauver, 288 F.3d 532, 540 (3d Cir. 2002) (when seeking to impose liability due to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, the appropriate remedy is a civil rights action), and, nevertheless, the court noting that based on petitioner's numerous filings thus far, it is clear that he has been able to adequately litigate this action by handwriting several motions and briefs, and the court further noting that inmates

do not have a constitutional right to photocopying services or access to a computer or typewriter, see Reynolds v. Wagner, 128 F.3d 166, 183 (3d Cir. 1997) (noting that inmates have no constitutional right to photocopying services); Am. Inmate Paralegal Ass'n v. Cline, 859 F.2d 59, 61 (8th Cir. 1988) ("[p]rison inmates have no constitutional right of access to a typewriter"), it is hereby ORDERED that the motion (Doc. 16) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania