# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYAN WEBB-EL,** | : | **CIVIL NO. 1:17-CV-321** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **L.J. ODDO, WARDEN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 5th day of February, 2018, upon consideration of petitioner's motion (Doc. 10) pursuant to 28 U.S.C. § 636, wherein he consents to proceed before a United States Magistrate Judge, and upon further consideration of respondent's brief (Doc. 42) in opposition to petitioner's motion, wherein respondent opposes petitioner's request to proceed before a United States Magistrate Judge, and, given the lack of consent by both parties, caution and prudence call for this court to preside over and decide petitioner's 28 U.S.C. § 2241 motion, accordingly, it is hereby **ORDERED** that the motion (Doc. 10) is **DENIED**.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania