## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYAN WEBB-EL,** | : | **CIVIL NO. 1:17-CV-321** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **L.J. ODDO, WARDEN,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 26th day of April, 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania