# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH BRYAN WEBB-EL,** : | **CIVIL NO. 1:17-CV-321** |
| : | |
| Petitioner : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **L.J. ODDO, WARDEN,** : | |
| : | |
| Respondent : | |

## ORDER

AND NOW, this 29th day of April, 2019, upon consideration of petitioner's motion (Doc. 56) for relief from judgment, wherein he requests that the court reconsider its April 26, 2018 order dismissing the § 2241 habeas petition for lack of jurisdiction, and it appearing that petitioner fails to demonstrate reliance on one of three major grounds needed for a proper motion for reconsideration, North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (stating three major grounds include "(1) an intervening change in controlling law; (2) the availability of new evidence [not available previously]; [or], (3) the need to correct clear error [of law] or prevent manifest injustice." ), but, instead, simply disagrees with the court's decision, see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa. 1994) (finding that "[a] motion for reconsideration is not to be used as a means to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220 (D.N.J. 1993) (citations omitted) (holding "[a] party seeking

reconsideration must show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden.'"), and, upon consideration of the August 21, 2018 Opinion and Judgment of the United States Court of Appeals for the Third Circuit (Docs. 54, 55, <u>Webb v. Warden Allenwood USP</u>, No. 18-2022 (3d Cir.)), affirming this court's April 26, 2018 order dismissing the habeas petition, it is hereby ORDERED that the motion (Doc. 56) for relief from judgment is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania